UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00183-RJC-DCK

| | |
|---|---|
| **TERRY ALLEN HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **CHARLOTTE MECKLENBURG** ) | |
| **POLICE DEPARTMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Terry Allen Harris ("Plaintiff") filed a Complaint in this matter on April 26, 2022. [Doc. 1]. He sought to proceed in forma pauperis. [Doc. 2]. On September 2, 2021, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 5]. The Court allowed Plaintiff 14 days to either pay the filing fee or to file an amended Application to proceed in forma pauperis. [Id. at 2]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: May 20, 2022

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge